478 A.2d 137

Moore, Appellant, v. Ranck.

Submitted May 24, 1982. Nathaniel Moore, appellant, in propria persona; J. Michael Flanagan, for appellee.

Before BROSKY, WIEAND and BECK, JJ.

Order affirmed.

WIEAND, J., concurred in the result.

478 A.2d 138

Rangos v. Rangos, Appellant.

Argued April 11, 1984. George Shorall, for appellant; Girard N. Evashavik, for appellee.

Before ROWLEY, JOHNSON and POPOVICH, JJ.

Order affirmed.